Matter of Alexander (2023 NY Slip Op 02370)

Matter of Alexander

2023 NY Slip Op 02370

Decided on May 4, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 4, 2023

PM-94-23
[*1]In the Matter of Erin Leigh Alexander, an Attorney. (Attorney Registration No. 5364021.)

Calendar Date:May 1, 2023

Before:Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Erin Leigh Alexander, Vienna, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Erin Leigh Alexander was admitted to practice by this Court in 2015 and lists a business address in Sterling, Virginia with the Office of Court Administration. Alexander now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Alexander's application.
Upon reading Alexander's affidavit sworn to February 22, 2023 and filed March 7, 2023 and upon reading the April 26, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Alexander is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Erin Leigh Alexander's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Erin Leigh Alexander's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Erin Leigh Alexander is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Alexander is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Erin Leigh Alexander shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.